UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY WHITE,

                      Plaintiff,

         -against-

NEIL DEGRASSE TYSON (STARTALK
RADIO), ET AL.,

                  Defendants.

26cv2246 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 1, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    May 7, 2026
           New York, New York

                            /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                      Chief United States District Judge